# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Elroy Marshall,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:20-cv-00279-FDW |
| | ) | 3:18-cr-00385-FDW-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2021 Order.

January 26, 2021

Frank G. Johns, Clerk
United States District Court